# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lesly Lezcano, | No. CV-23-00115-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Early Warning Services LLC, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Unopposed Motion to Transfer to the Middle District of Florida (Doc. 14). Upon review and good cause appearing.

**IT IS THEREFORE ORDERED** granting Plaintiff's Unopposed Motion to Transfer to the Middle District of Florida (Doc. 14).

**IT IS FURTHER ORDERED** directing the Clerk of Court to transfer this action to the U.S. District Court for the Middle District of Florida, Orlando Division, as expeditiously as is practicable.

Dated this 13th day of April, 2023.

Honorable John J. Tuchi
United States District Judge